UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| RACHEL II, INC.; MARIA SHUMAR; RAYMOND P. BAURKOT, III;  :  Plaintiffs,  : v.  : STATE NATIONAL INSURANCE COMPANY,  : Defendant.  : | No. 5:15-cv-01096 |

_____

**O R D E R**

AND NOW, this 31st day of March, 2016, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS ORDERED** as follows:

1. Plaintiffs' Motion for Remand, ECF No. 4, is **GRANTED**.

2. Defendants' Motion for Judgment on the Pleadings, ECF No. 6, is **DENIED** as moot.

3. This matter is **REMANDED** to the Court of Common Pleas of Northampton County, Pennsylvania, No. C-48-CV-2015-535.

4. The Clerk of Court is directed to send a certified copy of this Order to the Prothonotary of the Court of Common Pleas of Northampton County, Pennsylvania.

5. The Clerk of Court shall close this case.

BY THE COURT

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

1